UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MACK D. BUTTS,<br>    Plaintiff,<br><br>v.<br><br>GLENN L. McCULLOUGH, JR., et al.,<br>    Defendants. | )<br>)<br>)   No. 3:02-0164<br>)   Judge Nixon<br>)<br>)<br>)<br>) |

## ORDER

Pending before the Court is Plaintiff's Motion for Attorneys' Fees Incurred Through May 5, 2005 (Doc. No. 133), filed with accompanying memorandum, affidavit, and Bill of Costs (Doc. Nos. 134, 135, 143) to which Defendant has responded (Doc. No. 140). The Court referred the pending motion to the Magistrate Judge for a Report and Recommendation. The Magistrate has returned the Report and Recommendation (Doc. No. 160), to which no timely objections have been filed. Upon review of the Magistrate's Report, the Court agrees with the recommendation therein. The Court therefore ADOPTS the Report in its entirety. Accordingly, the Court hereby GRANTS Plaintiff's Motion for Attorneys' Fees in the amount of $22,800.

It is so ORDERED.

Entered this the 17th day of December, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT